# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00290-CV

Texas Lottery Commission, Appellant

v.

First State Bank of DeQueen, Stone Street Capital, Inc. and Cletius L. Irvan, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-06-004663, HONORABLE DERWOOD JOHNSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Texas Lottery Commission has filed an unopposed motion, seeking a dismissal of its appeal. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

Bob Pemberton, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: August 24, 2007